# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0061. HANNA v. MUZINICH.**

On December 23, 2024, the Superior Court of Fulton County entered an "Amended Final Judgment and Decree of Divorce" in the parties' divorce proceeding. On January 13, 2025, counsel for the appellant filed an emergency motion, under Court of Appeals Rule 40 (b), seeking an extension of time in which to file an application for a discretionary appeal of the Superior Court's order. The appellant's motion is hereby ***GRANTED***. Counsel for the appellant has until February 21, 2025, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/13/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*